No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

WALLACE M. HENDRICK, Respondent, v. THE TOWN OF BROOKHAVEN, Appellant.— No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

WALLACE M. HENDRICK, Respondent, v. THE TOWN OF BROOKHAVEN, Appellant.—

(*Standard Improvement Corp. of Westchester County* v. *Village of Ardsley*, 259 App. Div. 824; mod., 285 N. Y. 843.) Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of CHATEAU D'OR GARAGE CORPORATION. ORNSTEIN & SILVERMAN, et al., Appellants; ABRAHAM ADISKY, Respondent.—

The attorneys' lien attached upon commencement of the action in 1936, and is not inferior to a judgment subsequently obtained by respondent. (*Bacon* v. *Schlesinger*, 171 App. Div. 503.) The decision in *Columbian Insurance Co.* v. *Stevens* (37 N. Y. 536) and other similar decisions were not concerned with the question of priority as between attorneys' liens and a subsequently-obtained judgment. There was never a time when the assignee and the respondent held cross-judgments against each other, and hence there was never any right or occasion for offset as in the case of *Baumwald* v. *Two Star Laundry Service, Inc.* (234 App. Div. 392; affd., 260 N. Y. 538) and similar cases. Appeal from the order dated March 11, 1942, denying motion of appellant B. J. Goldberger & Company to vacate the above-described order dismissed, without costs. The lien of the judgment for costs has priority over general administration creditors' claims. (*Sielcken* v. *Roland Steel Co., Inc.*, 232 App. Div. 767.) Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

In the Matter of HAROLD F. DAVIS, Respondent, against EDGAR A. SHARP et al., Constituting the TOWN BOARD OF THE TOWN OF BROOKHAVEN, Appellants.

No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of WILLIAM J. LEONARD, Respondent, against HARRY J. KRATOVILLE et al., Members of the Suffolk County Board of Elections, Respondents.